**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ALBRIGHT, JAMES A. | ) | |
| ALBRIGHT, LESA A. | ) | CASE NO. 05-59891 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

    on:   **November 30, 2007**
    at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $    5,457.21

    b. Disbursements                           $          4.45

    c. Net Cash Available for Distribution     $    5,452.76

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 496.54 | $ 135.02 |
| Bradley J. Waller, Attorney | $ 0.00 | $ 1,100.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $3,721.20, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 180.90 | $ 180.90 |
| 4 | Citibank (South Dakota). N.A. | $ 50.80 | $ 50.80 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Cash on Hand
    c. Checking & Savings Accounts
    d. Household Goods
    e. Wearing Apparel
    f. 401 K
    g. Stock Purchase Pension Plan
    h. 1994 Chevrolet Caprice
    i. 1995 Chevrolet Impala SS
    j. 2002 Ford Winstar


Dated:   **October 24, 2007**                    For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

9891   Doc 44   Filed 10/24/07   Entered 10/27/07 00:03:42   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 24, 2007
Case: 05-59891                 Form ID: pdf002              Total Served: 20

The following entities were served by first class mail on Oct 26, 2007.
db          +James A Albright,    545 Maple Ave #4,    Lisle, IL 60532-2494
jdb         +Lesa A Albright,    606 Preston,    Apt #200,    Bolingbrook, IL 60440-2272
aty         +Robert N Honig,    276 N. Addison Ave.,    Elmhurst, IL 60126-2723
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10851715     Bank of America,    Pob 1758,    Newark,NJ 07101
10851711    +Bank of America,    Pob 45224,    Jacksonville, FL 32232-5224
10851712    +CLC Consumer Services Co,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
10851717    +Chase,    Pob 94011,    Palatine,IL 60094-4011
10851716    +Chase,    Pob 15153,    Wilmington, DE 19886-5153
10969469    +Citibank (South Dakota). N.A.,    DBA: THE HOME DEPOT,    PO Box 9025,    Des Moines, IA 50368-9025
10346544    +Countrywide Home Loans,    P.O. Box 660694,    Dallas, TX 75266-0694
10851713    +Countrywide Home Loans,    Pob 650070,    Dallas, TX 75265-0070
10734700    +Countrywide Home Loans, Inc.,    Bankruptcy Department,    7105 Corporate Drive,
              Mail Stop PTX-C-35,    Plano, TX 75024-4100
10851718    +Dell Preffered Account,    Pob 6403,    Carol Stream, IL 60197-6403
10851719    +Home Depot Credit Services,    Porcessing Center,    Des Moines, IA 50364-0001
10851720    +Household Bank,    Pob 17051,    Baltimore, MD 21297-1051
10851714    +LHI Mortgage Inc,    2700 W Higgins Rd Suite 110,    Hoffman Estates, IL 60169-2006
10851721    +Meijer,    Pob 96003,    Orlando, FL 32896-0001
10929889    +Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10851722    +Retail Services,    1352 Charwood Suite A,    Hanover, MD 21076-3125

The following entities were served by electronic transmission on Oct 25, 2007.
10851711    +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 25 2007 04:30:51      Bank of America,
              Pob 45224,    Jacksonville, FL 32232-5224
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 26, 2007**                            **Signature:** *Joseph Speetjens*